FILED 12 SEP '24 10:13 USDC-ORP

United States District
Court of Oregon Portland Division

William David Kerr
        Plaintiff
        -V-
Multnomah County, Sheriff
Nicole Morrisey O'Donnel, Medical
Director MCDC Dr. Lawson Eleaser

3:24-cv-1547 YY

Declaration of

Rick Flynt

Rick Flynt hereby declares:

    I have been housed on unit 6C-03
for the last 6 months — 4 of which I have worked
along-side I/m David Kerr as one of the "Trustees"
assigned to manage the cleaning of the unit, processing
of laundry, and serving of meals on a unit of 32
I/m's. We have been neighbors for the last 4 months.
We have spent nearly 15 hrs per day, 7 days a week
in close proximity. I have observed I/m Kerr's daily
habits, general activities, and mood from day to day.
I/m Kerr is a headstrong, stable, goal-oriented guy
w/ a family that he is still very much involved with
while facing the challenge of his incarceration. His
days are organized around his family, his job,
and his personal studys, and his daily workout
routine.
    On 8-22-24 I witnessed I/m Kerr
engaged in a conversation w/ the medication technition
regarding his medication. His concern was that he did

not recognize one of the pills he was being given. Once he was informed by the med-tech the conversation ~~the~~ progressed to him believing there must be some sort of mistake because he had not had any sort of conversation w/ his perscriber whatsoever.

Over the course of the next 48 hours I witnessed itching constantly. His mood had taken a severe turn for the worse. I witnessed him crying on more than one occassion. Normally we would spend several hours a day watching TV, walking / talking. But he had started sleeping for most of the day, where normally he works out every single day of the week, he quit working out complethy. The next recreation period we had as a unit he was unable to play basketball for any more than 15-20 minutes because he couldnt breathe. After a few days his mood was markedly depressed. I attempted to check on him and tried to cheer him up. He wasn't receptive and even mentioned he ~~was~~ wished he could just go to sleep and never wake up. At this point I had called home to ask my family to ~~google~~ the possible pitfalls specific to his ~~meds~~ abrupt med changes. He began undertaking the task of advocating for himself by filing requests, medical request forms, grievances, and conversations w/ several correction staff and medical staff to no avail.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

page 2 of 3

Executed at MCDC in Portland, Oregon    on
9/9/2024.

#156668
Richard Flynt

page 3 of 3